HENRY W. STIKEMAN et al., Respondents, *v.* EDWARD J. FLACK, as Treasurer of "COMPANY D" OF THE SEVENTY-FIRST REGIMENT, NATIONAL GUARD OF NEW YORK, Appellant.

*Stikeman* v, *Flack*, 58 App. Div. 277, reversed.
(Argued December 2, 1902; decided June 16, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George B. Class* for appellant.

*Louis H. Porter* for respondents.

Judgment reversed, new trial granted, costs to abide event, on the dissenting opinion below.

Concur: O'BRIEN, MARTIN, VANN and CULLEN, JJ. Dissenting: PARKER, Ch. J., GRAY and WERNER, JJ.

---

WILDEMAR KITTEL, Appellant, *v.* CHARLOTTE DOMEYER, Respondent, Impleaded with Others.

(Submitted June 8, 1903; decided June 16, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 205.)